UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| Plaintiff, | * | CASE NO.:  1:16-CV-03380 |
| vs. | * | |
| **JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 173.69.197.16,** | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO QUASH SUBPOENA BY DEFENDANT JOHN DOE**

**NOW COMES**, Defendant John Doe, by and through the undersigned counsel, pursuant to Rule 45 of the Federal Rules of Civil Procedure, and upon attached Memorandum of Law in support of this motion, respectfully moves this Honorable Court to grant the Defendant's Motion to Quash the Subpoena served on Verizon Online, LLC in the above captioned matter. A Proposed Order is attached for the Court's Convenience.

Respectfully submitted,

John Doe, Defendant.

Dated: November 18, 2016         By:      _/s/ Terrence R. Decker_____
Terrence R. Decker, (No. 03954)
DECKER & TYCHOSTUP, LLC
10 E. Chase Street
Baltimore, Maryland 21202
Tele: 410-870-9090
Facsimile:  410-800-8799
*Terrence@dtlawmd.com*

Notice of Limited Appearance:  Defendant has not been served with process in this case, and this Motion is not to be construed as a general appearance.  Defendant only makes this Motion as a special, limited appearance, and does not waive service of process by making this limited appearance.

Dated: November 18, 2016         By:     __/s/ Terrence R. Decker_____
                                                                                       Terrence R. Decker, (No. 03954)
                                                                                       DECKER & TYCHOSTUP, LLC
                                                                                       10 E. Chase Street
                                                                                       Baltimore, Maryland 21202
                                                                                       Tele: 410-870-9090
                                                                                       Facsimile:  410-800-8799
                                                                                       *Terrence@dtlawmd.com*